UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| Walter Steffy, *Plaintiff,* v. EFTOTC-Coinbass.com, *et al.*, *Defendants.* | Case No. 1:25-cv-00403 **Plaintiff's Notice of Voluntary Dismissal** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Walter Steffy hereby provides notice of voluntary dismissal of the above-captioned action without prejudice. No defendant has served an answer or motion for summary judgment in this matter.

//

- 1 -

- 2 -

Dated:  August 11, 2025

Respectfully submitted,

THE HODA LAW FIRM, PLLC

_____
Marshal J. Hoda, Esq.
Tx. Bar No. 2411009
12333 Sowden Road, Suite B
PMB 51811
Houston, TX 77080
o. (832) 848-0036
marshal@thehodalawfirm.com

*Attorney for Plaintiff*

- 2 -