| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

WALTER STEFFY, §
§
    Plaintiff, §
§
versus §   CIVIL ACTION NO. 1:25-CV-403
§
EFTOTC-COINBASS.COM, GINNY §
MILLER, and JOHN DOES 1-20, §
§
    Defendants. §

## ACKNOWLEDGMENT OF DISMISSAL

The Plaintiff has filed a Notice of Voluntary Dismissal (#2) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) before the opposing parties served either an answer or motion for summary judgment. Accordingly, the court acknowledges that this action is dismissed in its entirety, without prejudice, effective the date of the Plaintiff's voluntary dismissal.

SIGNED at Beaumont, Texas, this 13th day of August, 2025.

                                                  MARCIA A. CRONE
                                         UNITED STATES DISTRICT JUDGE